```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

EDUARDA DO REGO,
      Plaintiff,

      v.                              Civil Action
                                                No. 10-11768-DPW
MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
      Defendant.

```
                         ORDER ON MOTION TO
                  PROCEED WITHOUT PREPAYMENT OF FEES
                          October 19, 2010
```
WOODLOCK, D.J.

    Upon review of the plaintiff's complaint, it is hereby ORDERED that:

(1) plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) is GRANTED.

(2) The Clerk shall issue summons(es).

(3) The Clerk shall send the summons(es), Complaint, and this Order to the plaintiff, who must thereafter serve the defendant(s) in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the summons(es), complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

                                                /s/ Douglas P. Woodlock
                                                UNITED STATES DISTRICT JUDGE